**ALLIED WASTE NORTH AMERICA, INC. d/b/a BFI Waste Services of Kansas City, Respondent,**

v.

**Dick SLOSS d/b/a Sloss Systems, Inc., Appellant.**

No. WD 63676.

Missouri Court of Appeals, Western District.

March 8, 2005.

Rehearing Denied May 3, 2005.

Carl William Bussey, Kansas City, MO, for Appellant.

Renee Sayer Robertson, Independence, MO, for Respondent.

Before EDWIN H. SMITH, C.J., HOWARD and NEWTON, JJ.

### ORDER

PER CURIAM.

Appellant Dick Sloss appeals from the trial court's judgment in favor of Respondent Allied Waste North America, Inc. Sloss claims that the trial court erred in denying his motion to dismiss for lack of personal jurisdiction and in admitting his entire deposition as evidence.

We affirm. Rule 84.16(b).